1  LUCIAN J. GRECO, ESQ.
   Nevada State Bar No. 10600
2  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
3  DELEELA M. WEINERMAN, ESQ.
   Nevada State Bar No. 13985
4  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
5  SUITE 250
   LAS VEGAS, NV 89144
6  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
7  lgreco@bremerwhyte.com
   jchristensen@bremerwhyte.com
8  dweinerman@bremerwhyte.com

9  Attorneys for Defendant,
   James River Insurance Company

10

11            **UNITED STATES DISTRICT COURT**

12                **DISTRICT OF NEVADA**

13

14  CHRISTOPHER HAMILTON, an          )  Case No. 2:18-cv-00142-APG-VCF
    individual,                       )
15                                    )  **STIPULATION AND ORDER TO**
                    Plaintiff,        )  **EXTEND DISCOVERY**
16                                    )  **(FIRST REQUEST)**
          v.                          )
17                                    )
    JAMES RIVER INSURANCE             )
18  COMPANY, an Illinois corporation; )
    DOES I through X, and ROE         )
19  CORPORATIONS I through X, inclusive, )
                                      )
20            Defendants.             )
                                      )
    _____ )

21

22          All of the parties hereto, and for good cause described in this stipulation, and in

23  accord with Local Rule 6-1 and Local Rule 26-4, the parties hereby request this

24  Honorable Court to adopt and approve this stipulated extension to the discovery plan,

25  and continue the discovery deadlines for 90 days as requested herein.

26  / / /

27  / / /

28  / / /

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1156.246  4822-8077-3988.1

# I.   LOCAL RULE 6-1 IS SATISFIED

This is the first request for extension of discovery deadlines filed by the parties. Pursuant to the Stipulated Discovery Plan and Order dated March 9, 2018, the following dates govern for purposes of discovery:

1. Discovery Cutoff Date:                                   August 8, 2018
2. Motions to amend pleadings and add parties:   May 10, 2018
3. Expert Designations:                                      June 9, 2018
4. Rebuttal Expert Designations:                         July 9, 2018
5. Dispositive Motions:                                        September 7, 2018
6. Joint Pre-Trial Order:                                      October 8, 2018

The parties have been working in good faith to reach an amicable resolution. However, Plaintiff is still undergoing medical treatment and as such, is in the process of compiling complete information for initial disclosures and supplying requested HIPPA authorizations.  As such, the parties need additional time to prepare for the disclosure of initial experts. Accordingly, the parties are requesting a 90-day extension to all discovery deadlines.

The instant request comports with Local Rule 6-1, in that no request is being made after the expiration of the specified period.

# II.   LOCAL RULE 26-4 IS SATISFIED

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-4.  While the deadline for motions to amend pleadings and add parties is less than 21 days away, all other deadlines are more than twenty-one (21) days from the filing of the instant stipulation and order.

Additionally, good cause exists for the extension. While the parties would like to reach a settlement, Plaintiff is still undergoing medical treatment and the parties require additional time to conduct discovery in preparation for initial expert disclosures. Defendant is still awaiting Plaintiff's initial disclosures and HIPPA authorizations, and additional time is required to issue subpoenas, schedule

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1156.246  4822-8077-3988.1

depositions and to complete discovery. As a result, the parties have requested all discovery deadlines be extended 90 days.

Listed below is a statement specifying the discovery completed in this case:

Defendant, James River Insurance Company's         April 4, 2018
First Requests for Admissions to Plaintiff
Christopher Hamilton

Defendant, James River Insurance Company's         April 4, 2018
First Set of Interrogatories to Plaintiff
Christopher Hamilton

Defendant, James River Insurance Company's         April 4, 2018
First Requests for Production of Documents to
Plaintiff Christopher Hamilton

Defendant, James River Insurance Company's         April 16, 2018
Initial Disclosures made Pursuant to LR 26-1
and FRCP 26(a)(1)

The parties are attempting to work towards settlement. However, as Plaintiff is still undergoing medical treatment, it is necessary to extend the discovery deadlines so the parties can procure additional records, obtain experts, and schedule depositions.

Finally, under Local Rule 26(4), it is necessary to articulate a proposed schedule for completing all remaining discovery. The parties are requesting an additional 90 days be afforded for discovery.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1156.246 4822-8077-3988.1

1   The following deadlines are requested.

2      1. Discovery Cutoff Date:                          November 6, 2018

3      2. Motions to amend pleadings and add parties:   August 8, 2018

4      3. Expert Designations:                        September 7, 2018

5      4. Rebuttal Expert Designations:              October 7, 2018

6      5. Dispositive Motions:                      December 6, 2018

7      6. Joint Pre-Trial Order:                   January 6, 2019

8      The parties hereby stipulate to the proposed changes in the discovery deadlines.

9

10 Dated this 1st day of May, 2018       Dated this 1st day of May, 2018

11 BREMER, WHYTE, BROWN       LOWE LAW GROUP
   & O'MEARA, LLP

12

13 _____  /s/ Mark Hesiak_____

14 Lucian J. Greco, Jr, Esq.          Eric Hinckley, Esq.
   Nevada State Bar No. 10600       Nevada Bar No. 12398

15 Jared G. Christensen, Esq.        Mark Hesiak, Esq.
   Nevada State Bar No. 11538       Nevada Bar No. 12397

16 Deleela M. Weinerman
   Nevada State Bar No. 13985

17 Attorneys for Defendant,
   James River Insurance Company

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

4

1156.246 4822-8077-3988.1

**ORDER**

**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**

5-1-2018

Dated: _____

The **STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST REQUEST)** in 2:18-cv-00142-APG-VCF was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By: _____

Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1156.246  4822-8077-3988.1