LUCIAN J. GRECO, ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER HAMILTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RIVER INSURANCE COMPANY, an Illinois corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00142-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CHRISTOPHER HAMILTON, and Defendant, JAMES RIVER INSURANCE COMPANY by and through their attorneys of record that all of Plaintiff's claims against JAMES RIVER INSURANCE COMPANY be dismissed, with prejudice, the

/ / /

/ / /

/ / /

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

parties to each bear their own fees and costs.

Dated this 23 day of April, 2019

BREMER, WHYTE, BROWN & O'MEARA, LLP

_____
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

Dated this 18 day of April, 2019

LOWE LAW GROUP

_____
Eric W. Hinckley, Esq.
Nevada Bar No. 12398
Mark D. Hesiak, Esq.
Nevada Bar No. 12397
Attorneys for Plaintiff,
Christopher Hamilton

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: 4/23/2019

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in 2:18-cv-00142-APG-VCF was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

_____
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Ivey Weinerman, Esq.
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company